UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKIMA POLICE PATROLMAN'S ASSOCIATION, a Washington labor organization,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF YAKIMA, a municipal corporation; DOMINIC RIZZI, JR., individually and in his official capacity as Chief of Police of the City of Yakima; and TAMMY REGIMBAL, individually and in her official capacity as Public Records Officer of the City of Yakima,<br><br>                    Defendants. | NO:  14-CV-3045-TOR<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER |

BEFORE THE COURT is Plaintiff's Motion for a Temporary Restraining Order (ECF No. 2).  This matter was heard with telephonic oral argument on April 16, 2014.  Mitchell Riese appeared on behalf of the Plaintiff.  James Mitchell

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER ~ 1

1  appeared on behalf of Defendant. The Court has reviewed the briefing and the

2  record and files herein, and is fully informed.

3      This case concerns a public records request for information pertaining to an

4  investigation of a Yakima Police Department officer's alleged misconduct.

5  Plaintiff Yakima Police Patrolman's Association ("YPPA") seeks a temporary

6  restraining order preventing the release of the records before the officer's

7  predisciplinary/name-clearing hearing. For the reasons explained during the

8  telephonic hearing, the Court **DENIES** Plaintiff's request with **leave to renew.**

9      The District Court Executive is hereby directed to enter this Order and

10  provide copies to counsel.

11      **DATED** April 16, 2014.



                            THOMAS O. RICE
                      United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER ~ 2