UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKIMA POLICE PATROLMAN'S ASSOCIATION, a Washington labor organization; and GEOFF GRONEWALD,<br><br>                 Plaintiffs,<br><br>   v.<br><br>CITY OF YAKIMA, a municipal corporation; DOMINIC RIZZI, JR., individually and in his official capacity as Chief of Police of the City of Yakima; TAMMY REGIMBAL, individually and in her official capacity as Public Records Officer of the City of Yakima; and JOHN LACROSSE,<br><br>                 Defendants. | NO: 14-CV-3045-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

     BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 17). Plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on June 23, 2014. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.  All pending motions and hearings are **DENIED** and vacated as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 23, 2014.

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2